IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Anthony Alonzo,

     Plaintiff,                    No. CIV S- 04-1622 GEB CMK

    vs.

Anthony Principi

     Defendant.           <u>ORDER</u>

_____/

        A status conference was held in this matter on September 20, 2005, at 10:00 a.m. before the Hon. Craig M. Kellison in Redding, California. Plaintiff, Anthony Alonzo, appeared in propria persona. Joseph E. Maloney appeared telephonically for defendant. Upon consideration of the status reports on file in this action[1], discussion of plaintiff and defense counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The plaintiff shall disclose expert witnesses no later than October 28, 2005. The defendant shall disclose expert witnesses no later than November 25, 2005. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P.

---

[1] Only defense counsel filed a status report in this case. At the status conference, plaintiff was questioned about his failure to follow the court's order to file a status report and cautioned that future failures to comply with either the Local Rules or court orders could result in sanctions.

1

1  26(e)(1).

2  2. Defendant shall complete and notice to be heard any summary judgment
3  motion by December 13, 2005.

4  2. Discovery shall be completed, and all motions pertaining to discovery shall be
5  noticed to be heard, by February 27, 2006.

6  3. Dispositive motions shall be noticed to be heard by April 24, 2006.

7  4. The pretrial conference is set for June 5, 2006 at 2:30 a.m. in courtroom # 10.
8  Pretrial statements shall be filed pursuant to Local Rule 16-281.

9  5. Jury trial of this matter is set for August 8, 2006 at 9:00 a.m. in courtroom # 10
10 before the Honorable Garland E. Burrell.  The parties shall file trial briefs pursuant to Local Rule
11 16-285.

13 DATED: September 21, 2005.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2