1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY ALONZO, | No. 2:04-CV-01622-GEB-CMK-PS |
|---|---|
| Plaintiff, | |
| v. | APPLICATION BY DEFENDANT FOR TIME TO FILE REPLY TO PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS; ORDER |
| ANTHONY PRINCIPI, Secretary of Department of Veterans Affairs | |
| Defendant. | |

Plaintiff failed to file a Opposition to Defendant's Motion For Summary Judgment.  Plaintiff, however, filed an extensive Objections to the Magistrate Judge's Findings and Recommendations granting Defendant's Motion For Summary Judgment.[1]  Since Plaintiff's

///
///

---

[1] Plaintiff's objections were filed in two blue folders, and it was not immediately apparent that the filing contained objections to the findings and recommendations.  Accordingly, the request for an extension of time to respond was docketed before plaintiff's objections.  The objections consist of fifteen pages of written objections and twenty-one attached exhibits, which were lodged with the court.

1

Objections to the Magistrate Judge's Findings and Recommendations are so extensive, Defendant requests additional time in which to file a Reply to Plaintiff's Objections.

WHEREFORE, Defendant requests that he have until February 27, 2006 to file a Reply to Plaintiff's Objections to the Magistrate Judge's Findings and Recommendations.

DATED: February 14, 2006        McGREGOR W. SCOTT
                                United States Attorney


                        By:  /s/ John F. Gisla
                             JOHN F. GISLA
                             Assistant United States Attorney
                             Attorneys for the United States


ORDER

Pursuant to the foregoing Application, and for good cause, Defendant has until February 27, 2006 to file a Reply to Plaintiff's Objections to the Magistrate Judge's Findings and Recommendations.

Dated February 22, 2006


                        /s/ Craig M. Kellison
                        United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28