IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ALONZO,

        Plaintiff,                      No. CIV S-04-1622 GEB CMK

    vs.

ANTHONY PRINCIPI,
Secretary, Department of Veteran's Affairs

        Defendant.               <u>ORDER</u>

        On January 11, 2006, the court issued findings and recommendations in this case, which have not yet been adopted by the district court. In light of the pending findings and recommendations, the pre-trial conference set for June 5, 2006 and the trial set for August 8, 2006 are vacated. If needed, these dates shall be reset at a later time.

DATED: May 9, 2006.

                                                _____
                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE