IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ALONZO

   Plaintiff,       2:04-cv-1622-GEB-CMK

 vs.

ANTHONY J. PRINCIPI,
Secretary of the Department of
Veteran's Affairs

   Defendant.      ORDER
_____/

   Plaintiff, who is proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

   On January 11, 2006, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed

///

///

///

///

1

1 objections to the findings and recommendations; the undersigned has considered the objections
2 and has determined there is no need to modify the findings and recommendations based on the
3 points raised in the objections.[1]
4         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
5 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire
6 file, the court finds the findings and recommendations to be supported by the record and by
7 proper analysis.
8         Accordingly, IT IS HEREBY ORDERED that:
9         1. The findings and recommendations filed January 11, 2006, are adopted in full;
10        2. Defendant's motion for summary judgment is granted.
11 Dated: June 2, 2006

                                    <u>/s/ Garland E. Burrell, Jr.</u>
13                                  GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1] With the objections, plaintiff has submitted new evidence in the form of statements by plaintiff, four affidavits from plaintiff, a letter to the VA counsel and several memos, and questions to witnesses.  While a district court judge may receive additional evidence under 28 U.S.C. § 636(b)(1)(c) when determining whether to accept or reject a magistrate judge's findings and recommendations, the court exercises its discretion and declines to consider the new evidence, as plaintiff has not provided any reason why the evidence was not submitted during the two month period the summary judgment motion was pending before the magistrate judge issued the findings and recommendations.  <u>U.S. v. Howell</u>, 231 F.3d 615, 622-23 (9th Cir. 2000), <u>cert</u>. <u>denied</u>, 534 U.S. 831 (2001) (district court judge has discretion to reject evidence submitted after findings and recommendations have issued).